IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EDWARD WILLIAMS,

              Petitioner,                 No. CIV S-07-1101 LEW GGH P

     vs.

MIKE EVANS, et al.,

              Respondents.         <u>ORDER</u>

_____/

         Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

         Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. <u>See</u> 28 U.S.C. § 1915(a).

         Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

/////

/////

1

Dockets.Justia.com

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Petitioner's application to proceed in forma pauperis is granted;

2.  Respondents are directed to file a response to petitioner's habeas petition within thirty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

3.  If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4.  If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

5.  The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: 6/20/07                                    /s/ Gregory G. Hollows

                                                           GREGORY G. HOLLOWS
                                                           UNITED STATES MAGISTRATE JUDGE

GGH:009
will1101.100

2