IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EDWARD WILLIAMS,

    Petitioner,                   No. CIV S-07-1101 LEW GGH P

    vs.

MIKE EVANS, et al.,

    Respondents.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By <u>Order</u>, filed on June 21, 2007, respondent was ordered to file a response within thirty days. On June 27, 2007, petitioner filed a motion to stay, evidently in order to exhaust state court remedies as to unexhausted claims. Respondent is to include a response to the motion for a stay with any response to the petition.

        IT IS SO ORDERED.

DATED: 7/9/07                          /s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
will1101.rsp