IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES EDWARD WILLIAMS,** | CIV S-07-1101 LEW GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **MIKE EVANS et al.,** | |
| Respondents. | |

Good cause appearing, it is hereby ordered that Respondents' response to Petitioner's Petition for Writ of Habeas Corpus, including a response to petitioner's motion to stay, be filed on or before August 20, 2007.

Dated: 7/25/07                                          /s/ Gregory G. Hollows
                                                                    _____
                                                                    The Honorable Gregory G. Hollows

will1101.po

[Proposed] Order

1