IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EDWARD WILLIAMS,

    Petitioner,                   No. CIV S 07-1101 LEW GGH P

    vs.

MIKE EVANS, et al.,

    Respondents.          ORDER

_____/

        Petitioner has requested an extension of time, until September 20, 2007, to file a response (traverse) to respondents' answer, filed on August 15, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's August 24, 2007, request for an extension of time is granted; and

        2. Petitioner is granted until September 20, 2007, in which to file a traverse.

DATED: 9/4/07

                                /s/ Gregory G. Hollows

                                GREGORY G. HOLLOWS
                                UNITED STATES MAGISTRATE JUDGE

GGH:009/cm
will1101.111